NO. 07-01-0409-CR

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL D

JULY 26, 2002
_____

ANTHONY RAY GREEN,

Appellant

v.

THE STATE OF TEXAS,

Appellee
_____

FROM THE 351ST DISTRICT COURT OF HARRIS COUNTY;

NO. 874,095; HON. MARK KENT ELLIS, PRESIDING
_____

Before BOYD, C.J., QUINN and REAVIS, J.J.

Appellant Anthony Ray Green was convicted by a jury of burglary of a habitation with intent to commit aggravated assault upon Judy Green. His sole point of error involves the trial court's refusal to exclude a photograph of Raymond Green, appellant's uncle and one of the victims of the assault. The photograph depicts Raymond's nude upper torso, *i.e.* stomach, chest, arms and head, as it appeared after he died of complications from the assault. Also depicted are a sutured embalmer's incision measuring approximately four inches on the neck of the decedent and a hole in his abdomen (measuring one-half inch) through which the decedent was fed before dying. According to appellant, the picture was

inadmissible because its prejudicial effect substantially outweighed its probative value. This issue is identical to that raised in Cause No. 07-01-0408-CR, styled *Anthony Ray Green v. State*, which also pends in this court. Consequently, we overrule the point of error for the reasons expressed in our opinion issued this day in Cause Number 07-01-0408-CR and affirm the judgment of the trial court.

Brian Quinn
Justice

Do not publish.